IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case Number: 3:14-po-148 |
| | : | |
| -vs- | : | |
| | | Chief Magistrate Judge Sharon L. Ovington |
| JACQUELINE D. JOHNSON, | : | |
| Defendant. | : | |

## DISMISSAL ORDER

This matter came before the Court on January 14, 2015 for an arraignment. The parties agreed that if Defendant paid the ticket collateral in the amount of $120.00, then violation number 3886380/OS10 (Speeding) would be dismissed. The Defendant, Jacqueline D. Johnson, paid the collateral in full. The case is hereby DISMISSED.

June 10, 2015

_____
Sharon L. Ovington
Chief United States Magistrate Judge